AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Geraci, Jr., Frank P. | **2. Court or Organization**<br><br>United States District Court Western District of New York | **3. Date of Report**<br><br>05/13/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| |
|---|
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>100 State Street<br>Rochester, NY 14614 |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | New York State Retirement | $76,935.12 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | New York State Retirement System Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae (Navient) | Educational Loans | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SEI Large Cap Value Fund | A | Dividend | | | Sold<br>(part) | 05/24/19 | K | | |
| 2. | | | | | Sold | 06/26/19 | K | | |
| 3. SEI Large Cap Growth Fund | A | Dividend | | | Sold<br>(part) | 05/24/19 | K | | |
| 4. | | | | | Sold | 06/26/19 | K | | |
| 5. SEI Small Cap Growth Fund | A | Dividend | | | Sold<br>(part) | 05/24/19 | J | | |
| 6. | | | | | Sold | 06/26/19 | J | | |
| 7. SEI Small Cap Value Fund | A | Dividend | | | Sold<br>(part) | 05/24/19 | J | | |
| 8. | | | | | Sold | 06/26/19 | J | | |
| 9. SEI International Equity Fund | A | Dividend | | | Sold<br>(part) | 05/24/19 | J | | |
| 10. | | | | | Sold | 06/26/19 | J | | |
| 11. SEI Emerging Market Equity Fund | A | Dividend | | | Sold<br>(part) | 05/24/19 | J | | |
| 12. | | | | | Sold | 06/26/19 | J | | |
| 13. SEI Core Fixed Income Fund | B | Int./Div. | | | Sold<br>(part) | 05/24/19 | L | | |
| 14. | | | | | Sold | 06/26/19 | L | | |
| 15. SEI High Yield Bond Fund | A | Int./Div. | | | Sold<br>(part) | 05/24/19 | J | | |
| 16. | | | | | Sold | 06/26/19 | J | | |
| 17. SEI International Fixed Income Fund | A | Int./Div. | | | Sold<br>(part) | 05/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 06/26/19 | J | | |
| 19. SEI Emerging Markets Debt Fund | A | Int./Div. | | | Sold (part) | 05/24/19 | J | | |
| 20. | | | | | Sold | 06/26/19 | J | | |
| 21. SEI Government Fund | A | Int./Div. | | | Sold (part) | 05/24/19 | J | | |
| 22. | | | | | Sold | 06/26/19 | J | | |
| 23. New York State Deferred Compensation - Stable Value Fund | A | Int./Div. | | | Sold | 06/20/19 | K | | |
| 24. New York State Deferred Compensation - Fidelity OTC Fund | A | Dividend | | | Sold | 06/20/19 | M | | |
| 25. New York State Deferred Compensation - T.Rowe Price Equity Income Fund | A | Dividend | | | Sold | 06/20/19 | K | | |
| 26. New York State Deferred Compensation - NYSDCB Equity Index U/A | A | Dividend | | | Sold | 06/20/19 | K | | |
| 27. NYS 529 Coll Sav Pl - Mod Age Based Option: Blended Growth | A | Int./Div. | | | Matured | 11/29/19 | J | | |
| 28. NYS 529 Coll Sav Pl - Agg Age Based Option: Aggressive Grth Portfolio | A | Int./Div. | K | T | Buy (add'l) | 11/29/19 | J | | |
| 29. NYS 529 Coll Sav Pl - Mod Age Based Option: Moderate Growth Portfolio | A | Int./Div. | K | T | Buy (add'l) | 11/29/19 | J | | |
| 30. M & T Bank Accounts | A | Interest | K | T | Redeemed (part) | 11/29/19 | J | | |
| 31. E-Trade Financial - Paychex | A | Dividend | J | T | | | | | |
| 32. Wells Fargo Diversified Cap Builder Instl | A | Dividend | | | Buy | 05/24/19 | J | | |
| 33. | | | | | Sold | 06/20/19 | J | | |
| 34. SPDR Blackstone GSO Senior Loan ETF | A | Int./Div. | | | Buy | 05/24/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold | 08/02/19 | J | | |
| 36. | Payden Low Duration Investor Cl | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 37. | | | | | | Buy | 06/20/19 | J | | |
| 38. | Royce Total Return Inv Cl | A | Int./Div. | | | Buy | 05/24/19 | J | | |
| 39. | | | | | | Sold | 06/24/19 | J | | |
| 40. | iShares Russell 2000 ETF | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 41. | Global X MLP & Energy Infrastructure ETF | A | Dividend | | | Buy | 05/24/19 | J | | |
| 42. | | | | | | Sold | 09/26/19 | J | | |
| 43. | iShares Core MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 44. | iShares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 45. | | | | | | Sold<br>(part) | 08/02/19 | J | | |
| 46. | Akre Focus Instl Cl | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 47. | AQR Large Cap Defensive Style I | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 48. | Vanguard Total Bond Market ETF | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 49. | Doubleline Total Return Bond I | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 50. | Delaware Diversified Income | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 51. | iShares JPMorgan Emerging Market Bond ETF | A | Int./Div. | J | T | Buy | 08/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. iShares Core MSCI EAFE ETF | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 53. iShares Core S&P US Growth ETF | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 54. iShares Core S&P US Value ETF | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 55. SPDR Bloomberg Barclays High Yield Bond ETF | A | Int./Div. | | | Buy | 05/24/19 | J | | |
| 56. | | | | | Sold | 08/02/19 | J | | |
| 57. John Hancock Disciplined Value I | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 58. MFS Research I | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 59. AQR Long Short Equity I | A | Dividend | | | Buy | 05/24/19 | J | | |
| 60. | | | | | Sold | 06/20/19 | J | | |
| 61. iShares Edge MSCI USA Quality Factor ETF | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 62. | | | | | Buy | 09/24/19 | J | | |
| 63. Columbia Contrarian Core Instl Cl | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 64. iShares TIPS Bond Fund ETF | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 65. iShares Broad USD High Yield Corporate Bond ETF | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 66. iShares Edge MSCI Min Volatility ETF | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 67. Vanguard Intermediate Term Corporate Bond ETF | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 68. Vanguard Total Stock Market ETF | A | Dividend | J | T | Buy | 05/24/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Western Asset Core Plus Bond I | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 70. JPMorgan Core Bond I | A | Int./Div. | J | T | Buy | 05/24/19 | J | | |
| 71. Barclays Bank Buf Supertrack Note Linked SX5E | A | Int./Div. | J | T | Buy | 06/28/19 | J | | |
| 72. JPMorgan Chase S&P Economic Cyle Factor Rotator CD | A | Int./Div. | K | T | Buy | 06/28/19 | K | | |
| 73. JPMorgan Chase Capped Buffered Returned Enhanced Notes Linked Russell | | None | J | T | Buy | 06/28/19 | J | | |
| 74. JPMorgan Chase Capped Buffered Returned Enhanced Notes Linked Nasdaq | | None | J | T | Buy | 06/28/19 | J | | |
| 75. JPMorgan Chase Capped Buffered Returned Enhanced Notes Linked EEM | | None | J | T | Buy | 06/28/19 | J | | |
| 76. AB High Income Advisor | A | Int./Div. | J | T | Buy | 06/26/19 | J | | |
| 77. Doubleline Core Fixed Income I | A | Int./Div. | K | T | Buy | 06/26/19 | J | | |
| 78. iShares Edge MSCI Min Volatility Emerging Markets ETF | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 79. iShares Edge MSCI Min Volatility EAFE ETF | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 80. First Trust Value Line Dividend ETF | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 81. PGIM Short Duration High Yield Income Z | A | Int./Div. | J | T | Buy | 06/26/19 | J | | |
| 82. MFS Emerging Markets Debt I | A | Int./Div. | J | T | Buy | 06/26/19 | J | | |
| 83. Nuveen Preferred Securities I | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 84. PGIM Absolute Return Bond Z | A | Int./Div. | K | T | Buy | 06/26/19 | K | | |
| 85. Invesco S&P 500 Buy Write ETF | A | Int./Div. | J | T | Buy | 06/26/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Geraci, Jr., Frank P. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. PGIM Short Term Corporate Bond Z | A | Int./Div. | J | T | Buy | 06/26/19 | J | | |
| 87. PIMCO Income P | A | Int./Div. | J | T | Buy | 06/26/19 | J | | |
| 88. SPDR SSGA Multi Asset Real Return ETF | A | Int./Div. | K | T | Buy | 06/26/19 | K | | |
| 89. Invesco S&P 500 Pure Growth ETF | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 90. Invesco S&P 500 Low Volatility ETF | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 91. SDPR S&P 500 ETF | A | Dividend | K | T | Buy | 06/26/19 | J | | |
| 92. Vanguard Small Cap Value ETF | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 93. Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 94. Invesco S&P Mid Cap Low Volatility ETF | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 95. Invesco S&P Small Cap Low Volatility ETF | A | Dividend | J | T | Buy | 06/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

- Part VII. The remainder of Moderate Age-Based Option: Blended Growth Fund was automaitcally exchanged into NYS 529 Coll Sav Pl - Moderate Age-Based Optoin: Moderate Growth Fund, closing out the Moderate Age-Based Option: Blended Growth Fund position.

- Part VII. The SEI and NYS Deferred Compensation plans were transferred and rolled over, respectively, to a new IRA provider and subsequently re-allocated.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank P. Geraci, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544